JUDGE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| ROLLING HILLS CONDOMINIUM HOMEOWNERS ASSOCIATION, a Washington Non-Profit Corporation,<br><br>　　　　　　　　　　Plaintiff,<br><br>v.<br><br>STATE FARM FIRE AND CASUALTY COMPANY, an Illinois Corporation; and DOE INSURANCE COMPANIES 1–10,<br><br>　　　　　　　　　　Defendants. | NO. 2:21-cv-01136-RAJ<br><br>STIPULATED MOTION AND ORDER FOR CONSOLIDATION OF RELATED ACTIONS UNDER FED. R. CIV. P. 42(a)(2) |
| ROLLING HILLS CONDOMINIUM HOMEOWNERS ASSOCIATION, a Washington Non-Profit Corporation,<br><br>　　　　　　　　　　Plaintiff,<br><br>v.<br><br>ALLSTATE INSURANCE COMPANY, an Illinois Corporation; and DOE INSURANCE COMPANIES 1–10,<br><br>　　　　　　　　　　Defendants. | NO. 2:22-cv-00470-RAJ |

## I.   STIPULATION

Plaintiff Rolling Hills Condominium Homeowners Association ("Association") and Defendants Allstate Insurance Company ("Allstate") and State Farm Fire and Casualty Company ("State Farm") (collectively the "Defendants") hereby stipulate as follows:

STIPULATED MOTION AND ORDER FOR
CONSOLIDATION OF RELATED ACTIONS
UNDER FED. R. CIV. P. 42(a)(2) - 1

STEIN, SUDWEEKS & STEIN, PLLC
16400 SOUTHCENTER PKWY, SUITE 410
TUKWILA, WA 98188
PHONE 206.388.0660  FAX 206.286.2660

1. The cases *Rolling Hills Condominium Homeowners Association v. Allstate Insurance Company, et al.*, Western District of Washington Cause No. 2:22-cv-00470-RAJ, and *Rolling Hills Condominium Homeowners Association v. State Farm Fire and Casualty Company, et al.*, Western District of Washington Cause No. 2:21-cv-01136-RAJ, both involve claims for insurance coverage for alleged incremental and progressive hidden damage to the Rolling Hills Condominiums. The cases identified above involve the Association as Plaintiff in both cases and the following insurance companies as Defendants in the respective actions: (1) Allstate; and (2) State Farm.

2. While the cases have different defendants, the cases share common issues of fact and law as to liability and damages. The cases also involve many of the same lay and expert witnesses, Association records, and other documentary evidence. Both cases are assigned to the same Judge, the Honorable Richard A. Jones. Consolidating the cases for trial under Fed. R. Civ. P. 42(a)(1) will promote efficiency and conserve judicial resources.

3. Pursuant to LCR 42(a), the Association and both Defendants stipulate that the later filed lawsuit, cause No. 2:22-cv-00470-RAJ, shall be consolidated into case: *Rolling Hills Condominium Homeowners Association v. State Farm Fire and Casualty Company, et al.*, Western District of Washington Cause No. 2:21-cv-01136-RAJ. The Association and Defendants agree that the caption for the current case: *Rolling Hills Condominium Homeowners Association v. State Farm Fire and Casualty Company, et al.*, Western District of Washington Cause No. 2:21-cv-01136-RAJ, shall be amended to add Allstate.

6. *Rolling Hills Condominium Homeowners Association v. State Farm Fire and Casualty Company, et al.*, Western District of Washington Cause No. 2:21-cv-01136-RAJ is currently set for a jury trial on March 27, 2023. *Rolling Hills Condominium Homeowners Association v. Allstate Insurance Company, et al.*, Western District of Washington Cause No. 2:22-cv-00470-RAJ is currently set for a jury trial on May 15, 2023.

STIPULATED MOTION AND ORDER FOR
CONSOLIDATION OF RELATED ACTIONS
UNDER FED. R. CIV. P. 42(a)(2) - 2

STEIN, SUDWEEKS & STEIN, PLLC
16400 SOUTHCENTER PKWY, SUITE 410
TUKWILA, WA 98188
PHONE 206.388.0660  FAX 206.286.2660

7. The parties agree and request that the case schedule for *Rolling Hills Condominium Homeowners Association v. Allstate Insurance Company, et al.*, Western District of Washington, Cause No. 2:22-cv-00470-RAJ shall govern this lawsuit.

8. The Association and Defendants agree that: (1) the consolidated case will be ready for trial by May 15, 2023, or as soon thereafter as permitted by the Court's schedule; and (2) the estimated length of trial is seven to ten days.

9. The Association and Defendants have met and conferred regarding this Stipulation and Proposed Order, as called for in LCR 42(b).

DATED  6/22/22

By  s/*Daniel Stein*____
Jerry Stein, WSBA #27721
Justin Sudweeks, WSBA #28755
Daniel Stein, WSBA #48739
Stein, Sudweeks & Stein, PLLC
16400 Southcenter Pkwy, Suite 410
Tukwila, WA 98188
*Attorneys for Plaintiffs*

DATED  6/22/22

By  s/*Richard Gawlowski*
Alfred E. Donohue, WSBA #32774
Richard G. Gawlowski, WSBA #19713
Wilson Smith Cochran Dickerson
1000 Second Ave. Suite 2050
Seattle, WA 98104
*Attorneys for Defendant Allstate Insurance Company*

DATED  6/22/22

By  s/*Michael Rogers*
Michael S. Rogers, WSBA #16423
Jason Vacha, WSBA #32774
Reed McClure
1215 Fourth Avenue, Suite 1700
Seattle, WA 98161-1087
*Attorneys for Defendant State Farm Fire & Casualty Company*

STIPULATED MOTION AND ORDER FOR
CONSOLIDATION OF RELATED ACTIONS
UNDER FED. R. CIV. P. 42(a)(2) - 3

STEIN, SUDWEEKS & STEIN, PLLC
16400 SOUTHCENTER PKWY, SUITE 410
TUKWILA, WA 98188
PHONE 206.388.0660  FAX 206.286.2660

## II. ORDER

Based on the foregoing Stipulation, it is hereby ORDERED:

(1) That the later filed case *Rolling Hills Condominium Homeowners Association v. Allstate Insurance Company, et al.*, Western District of Washington Cause No. 2:22-cv-00470-RAJ, shall be consolidated into the current case, *Rolling Hills Condominium Homeowners Association v. State Farm Fire and Casualty Company, et al.*, Western District of Washington Cause No. 2:21-cv-01136-RAJ.

(2) That the caption for the current case, *Rolling Hills Condominium Homeowners Association v. State Farm Fire and Casualty Company, et al.*, Western District of Washington Cause No. 2:21-cv-01136-RAJ, shall be amended to add Allstate.

(3) The parties agree that trial shall take place on May 15, 2023. The case schedule for *Rolling Hills Condominium Homeowners Association v. Allstate Insurance Company, et al.*, Western District of Washington Cause No. 2:22-cv-00470-RAJ shall govern the consolidated lawsuit.

DATED this 28th day of June, 2022.

*/s/ Richard A. Jones*
HON. RICHARD A. JONES
United States District Judge